COMPLAINT-1
(for filers who are prisoners without lawyers)
UNITED STATES DISTRICT OF WISCONSIN

(Full name of plaintiff(s))
Michael Pugh D.O.C 615180

Case Number

Vs.

(Full name of defendant(s))
Brain Foster
Pohl
Sgt Beahm
O Neil
Leopold

A. PARTIES

1. PARTIES / Plaintiff is a citizen of Wisconsin, and is located
(state)
at P.O. 351 Waupun, WI 53963
(Address of prison or jail)

(If more than one plaintiff is filing use another piece of paper.)

2.

Complaint 2

1s (if a person or private corporation) a citizen of Wisconsin
                                              (state, if known)
and (if a person) resides at
                                              (Address, if known)
and (if the defendant harmed you while doing the defendant's job)
Worked for Waupun Correctional Institution P.O. Box 351 Waupun, WI 53963
                    (Employer's name and address, if known)
       (If you need to list more defendants, use another piece of paper.)

## B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did
3. When they did it
4. Where it happened and
5. Why they did it if you know.

Brain Foster who is the active Warden for Waupun Correctional violated my rights by failure to protect me officer Pohl Assaulted me on March 27, 2018 while I was in Restraints using unnecessary force causing harm to my wrist officer Pohl stated remember how you attack one of our officers tell me how it feel. I was so far in pain I couldn't speak this happen to me while I was house in Segregation at Waupun Correctional Cell A206 A range Sgt Beahm violated my rights when he violated my medical right by failure to get me into HSU department officer Beahm made an statement you don't know where the fuck you at boy I been working in RHU for over 12 years and my word against a inmate. I try to explain I'm in very bad pain and this unnecessary force is prohibited Sgt Beahm than said we don't follow the rules of D.O.C we play by our rules this became dramatic and I now fear for my safety here at Waupun I had also got a xrape done because of the unnecessary force officer Pohl use I file an I.C.E however I. Moon Institutions Complaint Examiner continues to Vetoe my I.C.E Please be aware I been an I.C.E on 4-16-18 This was because I was on paper restriction from March 27, 2018 To 4-16-18 please note when I send an I.C.E complaint to Madison and Waupun of the same day I was taking off paper restriction This is now 4-23-18 I haven't heard nothing back So I filing under Good faith to Federal Court against Waupun Correctional

# COMPLAINT - 3

Please Notice I have dreams Now of what officer Pohl done to me and I write to PSU Staff here at Waupun and they don't help me with any treatment or show me how to deal with this type of dramatic. Officers O'Neil and Leopold Violated my rights when Both officers knew I was in need of medical attention But fail to call HSU Staff this all happen on March 27, 2018 I believe they did this because of my pass issues I had with D.O.C Staff Please note I did not do anything wrong for Waupun Correctional officers to Attack me in Such Manner.

Complaint - 4

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the Plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and cost) is $

D. RELIEF WANTED
Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or order telling defendant to do something or to stop doing something.
I want the Courts to place an injunction between me and the defendants involed in violating my rights as a prisoner or would ask the Courts to move me to another Corrections Institution for my safety and would like the Courts to tell the defendant to stop the intimidation toward me by trying to harm me. I also like the Courts to grant me $250,000 for pain and suffering and some of the money awarded to me will go toward my mental health treatment for when I get release from Prison I also would like the Courts to watch me while I house at Waupun Correctional I fear for my safety around officer Pohl officer Beahm and officer Dorn I would like the Courts to Look into Waupun Correctional to see if there is other cases like my to prove that this is truthly happening to me and other inmates who are house here I also would like the court to grant me a lawyer to help me with this case.

COMPLAINT-5

E. JURY DEMAND

I want a jury to hear my case.

[X] - YES    [ ] - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 24 day of April 2018.

Respectfully Submitted,

Michael Pugh
Signature of Plaintiff

615180
Plaintiff's Prisoner ID Number
Waupun Correctional Institution
P.O. Box 351 Waupun, WI 53963
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

[X] I DO request that I be allowed to File this Complaint without paying the Filing Fee. I have Completed a Request to Proceed in District Court without Prepaying the full Filing Fee form and have attached it to the Complaint.

[ ] I DO NOT request that I be allowed to File this Complaint without prepaying the Full filing Fee under 28 U.S.C 1915, and I have included the full Filing fee with this Complaint.